UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHAD PAPA,<br>      Plaintiff<br><br>V.<br><br>UNUM LIFE INSURANCE COMPANY OF AMERICA,<br>      Defendant | CIVIL ACTION NO.<br>1:21-cv-10876-DJC |

## STIPULATION OF DISMISSAL

The parties to the above-entitled action, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate that said action be dismissed with prejudice, without costs as to either party, and waiving all rights of appeal.

| CHAD PAPA | UNUM LIFE INSURANCE COMPANY OF AMERICA |
|---|---|
| By his attorney, | By its attorney, |
|   /s/ Maureen McCrann Sturtevant<br>Maureen McCrann Sturtevant<br>BBO #676092<br>Lambert Coffin<br>Two Monument Square, Suite 400<br>P.O. Box 15215<br>Portland, ME 04112-5215<br>Phone:  207-874-4000<br>msturtevant@lambertcoffin.com |   /s/ Joseph M. Hamilton<br>Joseph M. Hamilton<br>BBO #546394<br>Mirick, O'Connell, DeMallie & Lougee, LLP<br>100 Front Street<br>Worcester, MA 01608-1477<br>Phone: (508) 791-8500<br>Fax:    (508) 791-8502<br>jhamilton@mirickoconnell.com |

Dated: November 15, 2021

2

## CERTIFICATE OF SERVICE

      I, Joseph M. Hamilton, hereby certify that this document(s), filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on November 15, 2021.

                                          /s/ Joseph M. Hamilton
                                          Joseph M. Hamilton